IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Salvador Molina, Jr. on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>Nabors Drilling USA, LP, Nabors Corporate Services, Inc. and NDUSA Holdings Corp.,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:12-cv-00376<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED ORDER AND FINAL JUDGMENT

Pending before this Court is the Parties' Joint Motion to Lift Stay, Notice of Filing of Consents, and Joint Motion For Approval of Settlement Agreements and Entry of Final Judgment Dismissing Lawsuit with Prejudice. Having considered the Parties' Motion, and having found that the Parties' Settlements are fair and equitable, the Court determines that the Parties' Motion should be granted in all respects. Therefore, the Court

　　ORDERS that the stay entered in this case be lifted;

　　ORDERS that the written consents of Ernesto Rodriguez, Gustavo D. Canales, Jesus Lerma, Rodrigo Padron, Romel Rojas, Jose Garcia, Leroy Guajardo, and Erik Del Toro to join this case as plaintiffs be filed;

ORDERS that the Parties' settlements of the claims asserted herein, by Plaintiffs Salvador Molina, Jr., Ernesto Rodriguez, Gustavo D. Canales, Jesus Lerma, Rodrigo Padron, Romel Rojas, Jose Garcia, Leroy Guajardo, and Erik Del Toro, against Defendants Nabors Drilling USA, LP, Nabors Corporate Services, Inc. and NDUSA Holdings Corp, arising under the Fair Labor Standards Act, are approved; and

ORDERS that the claims by Plaintiffs Salvador Molina, Jr., Ernesto Rodriguez, Gustavo D. Canales, Jesus Lerma, Rodrigo Padron, Romel Rojas, Jose Garcia, Leroy Guajardo, and Erik Del Toro, against Defendants Nabors Drilling USA, LP, Nabors Corporate Services, Inc. and NDUSA Holdings Corp, are dismissed with prejudice, with each party to bear his own costs.

THIS IS A FINAL JUDGMENT.

Signed at Galveston, Texas on __April 24__, 2014.

The Hon. Gregg Costa
United States District Judge